ORDERED in the Southern District of Florida on ___*11-30-10*___.



_Raymond B. Ray_
Raymond B. Ray, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

In re:

GLOBAL ENERGIES, LLC,                    Case No. 10-28935-BKC-RBR

     Debtor.                                         Chapter 11

_____/

### ORDER DENYING MOTION TO DISMISS

**THIS MATTER** came before the Court for an evidentiary hearing on November 10, 2010, on interested party Joseph G. Wortley's Expedited Motion to Dismiss Case for Bad Faith [D.E. 54], and it is

**ORDERED** that the Motion [D.E. 54] is **DENIED** without prejudice.

####

Copies to:

Chad P. Pugatch, Esq.
George L. Zinkler, Esq.
Jeffrey Bast, Esq.
David Softness, Esq.