**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>GLOBAL ENERGIES, LLC,<br>f/k/a 714 Technologies, LLC<br><br>Debtor. | Case No.: 10-28935-RBR<br><br>Chapter 7<br>(Involuntary) |

**JOSEPH G. WORTLEY'S NOTICE OF NEED TO TERMINATE COUNSEL OF RECORD AND TO PROCEED PRO SE**

JOSEPH G. WORTLEY hereby provides notice that he has expended in excess of $2.6 million in attorneys' fees and costs in connection with this matter, and yet he has not been reimbursed any portion of this amount despite the mandate of the Eleventh Circuit Court of Appeals. Plaintiff has run out of funds to pay attorneys to represent him in this matter. Plaintiff has therefore terminated his counsel of record in this matter and intends to proceed *pro se*. As a result, Plaintiff's counsel of record should be relieved by the court of any further responsibility in this matter, and all papers should be served on Joseph G. Wortley, *pro se*, at 20 S.E. 3rd Street, Boca Raton, Florida 33432, jgwortley@aol.com.

Respectfully submitted,

Joseph G. Wortley, *Pro Se*
20 S.E. 3rd Street
Boca Raton, Florida 33432
jgwortley@aol.com

By: /s/ Joseph G. Wortley
**JOSEPH G. WORTLEY**

**CERTIFICATE OF SERVICE**

I certify that on May 5, 2017, a copy of this document was filed with the Clerk of the Court. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified in the attached Service List via email

By: /s/ Joseph G. Wortley
Joseph G. Wortley

**SERVICE LIST**

| | |
|---|---|
| Bruce S. Rogow | brogow@rogowlaw.com; tcampion@rogowlaw.com |
| William R. Baldiga | wbaldiga@brownrudnick.com |

| | |
|---|---|
| Jesse N. Garfinkle | jgarfinkle@brownrudnick.com |
| Todd A. Levine | tlevine@klugerkaplan.com |
| Jorge R. Delgado | jdelgado@klugerkaplan.com |
| Jeffrey P. Bast | jbast@bastamron.com; jdepina@bastamrom.com; mdesvergunat@bastamron.com |
| Michael I. Goldberg | michael.goldberg@akerman.com; charlene.cerda@akerman.com |
| Robert J. Hauser | hauser@pankauskilawfirm.com; courtfilings@pankauskilawfirm.com |
| Nolan K. Klein | klein@nklegal.com; nina@nklegal.com; amy@nklegal.com; katie@nklegal.com |
| Barry E. Mukamal | bemtrustee@kapilamukamal.com; FL64@ecfcbis.com |
| Ronald G. Neiwirth | rneiwirth@gordonrees.com; tfusco@gordonrees.com |
| Steven S. Newburgh | snewburgh@mclaughlinstern.com; |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Steven K. Platzek | skp@gh-law.net; ivy@granerlaw.com |
| Chad P. Pugatch | cpugatch@rprslaw.com; capugatch@rprslaw.com; gzinkler@rprslaw.com |
| Patricia A. Redmond | predmond@stearnsweaver.com; jmartinez@stearnsweaver.com; bank@stearnsweaver.com; rross@stearnsweaver.com; cgraver@stearnsweaver.com; sdaddese@akingump.com; |
| George L. Zinkler | Gzinkler.ecf@rprslaw.com |